1  William D. Hyslop
2  United States Attorney
   Eastern District of Washington
3  Richard R. Barker
4  Alison L. Gregoire
   Assistant United States Attorneys
5  Post Office Box 1494
6  Spokane, WA 99210-1494
7  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
NOV 03 2020
SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

8           UNITED STATES DISTRICT COURT
9       FOR THE EASTERN DISTRICT OF WASHINGTON

10  UNITED STATES OF AMERICA,
11                                    2:20-CR-153-RMP
              Plaintiff,
12                                    INDICTMENT
13       v.
                                      Vio: 18 U.S.C. §§ 1111(a), 1153
14                                         Second Degree Murder in
    MADDESYN DANIELLE GEORGE                Indian Country
15  (a/k/a/ "Martha Ruthless"),             (Count 1)
16
              Defendant.              18 U.S.C. §§ 113(a)(3), 1153
17                                    Assault with a Dangerous
18                                    Weapon in Indian Country
                                      (Count 2)
19
20                                    18 U.S.C. § 924(c)
21                                    Discharging and Using a
                                      Firearm During and in Relation
22                                    to a Crime of Violence
23                                    (Count 3)
24
                                      18 U.S.C. § 924, 28 U.S.C.
25                                    § 2461
26                                    Forfeiture Allegations
27
28

INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

On or about July 12, 2020, in the Eastern District of Washington, within the external boundaries of the Colville Indian Reservation, in Indian country, the Defendant, MADDESYN DANIELLE GEORGE (a/k/a/ "Martha Ruthless"), an Indian, knowingly and unlawfully killed Kristopher Paul Graber with malice aforethought, in violation of 18 U.S.C. §§ 1111(a), 1153.

## COUNT 2

On or about July 12, 2020, in the Eastern District of Washington, within the external boundaries of the Colville Indian Reservation, in Indian country, the Defendant, MADDESYN DANIELLE GEORGE (a/k/a/ "Martha Ruthless"), an Indian, did intentionally assault Kristopher Paul Graber with a dangerous weapon, to wit: a firearm, with intent to do bodily harm, all in violation of 18 U.S.C. §§ 113(a)(3), 1153.

## COUNT 3

On or about July 12, 2020, in the Eastern District of Washington, the Defendant, MADDESYN DANIELLE GEORGE (a/k/a/ "Martha Ruthless"), did knowingly use, carry, brandish, and discharge a firearm, to wit: a black Springfield Armory XD 9MM semi-auto pistol bearing serial number XD194330, during and in relation to a crime of violence for which she may be prosecuted in a court of the United States, that is, assault with a dangerous weapon, as set forth in Count 2 of this in Indictment, all in violation of 18 U.S.C. § 924(c).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c), as set forth in Count 3 of this

INDICTMENT – 2

Indictment, the Defendant, MADDESYN DANIELLE GEORGE (a/k/a/ "Martha Ruthless"), shall forfeit to the United States of America any firearm or ammunition involved or used in the commission of the offense.

DATED this 3 day of November, 2020.

A TRUE BILL

_____
Foreperson

_____
William D. Hyslop
United States Attorney

_____
Richard R. Barker
Assistant United States Attorney

_____
Alison L. Gregoire
Assistant United States Attorney

INDICTMENT – 3