Exhibit 2

*Transcript of Maddesyn George's July 12, 2020 Interview with FBI Task Force Officer/Tribal Detective David LaBounty*

DAVID LABOUNTY: All right. So I'm Detective David LaBounty. I'm a detective with the tribe. This is Joe Marchand. You probably know Joe, just from growing up on the res right?

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: And because you're detained, you have rights. So I'll go ahead and read you your rights.

MADDESYN GEORGE: So, detain is just being not [inaudible]---

DAVID LABOUNTY: Right. You're not free to leave because we're trying to figure out what's going on. It's a way that we have to be able to try to control the situation, keep people where they are, so that we can kind of figure out what's going on. So, okay?

MADDESYN GEORGE: Mm---hmm (affirmative).

DAVID LABOUNTY:  All right. So you have the right to remain silent. Anything you say can be used against you in a court of law. You have the right at this time to talk to a lawyer and have him present with you while you're being questioned. If you cannot afford to hire a lawyer, one will be appointed to represent you before questioning, if you wish. And you can decide at any time to exercise these rights and not answer any questions or make any statements. Do you understand your rights?

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: And are you okay talking with us right now?

MADDESYN GEORGE: [pause] Huh?

DAVID LABOUNTY: Are you okay talking with us right now?

MADDESYN GEORGE: I mean, uh, yeah.

DAVID LABOUNTY: Okay. So what's your name?

MADDESYN GEORGE: MADDESYN GEORGE.

DAVID LABOUNTY: What's your middle name?

MADDESYN GEORGE: Danielle.

DAVID LABOUNTY: Maddesyn. So what do you go by?

MADDESYN GEORGE: Maddy.

*United States v. Maddesyn Danielle George – Transcript of Custodial Interview*

DAVID LABOUNTY: You like to be called Maddy? Okay.

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: What's your date of birth?

MADDESYN GEORGE: 12-08-1993.

DAVID LABOUNTY: Okay. Where do you live?

MADDESYN GEORGE: I live in Nespelem

DAVID LABOUNTY: Where at in Nespelem?

MADDESYN GEORGE: Umm, [pause] My mom's house.

DAVID LABOUNTY: Okay. Where's that at?

MADDESYN GEORGE: Like the address?

DAVID LABOUNTY: Yeah. Do you know the address?

MADDESYN GEORGE: I just know it's my grandma and grandpa's old house.

DAVID LABOUNTY: Okay.

BOB MARCHAND: You don't know what street it's on?

MADDESYN GEORGE: I think it's B or C. 313 7th and C. Yeah.

DAVID LABOUNTY: Okay. Are you working right now?

MADDESYN GEORGE: No.

DAVID LABOUNTY: Okay, so you don't do anything for like a job or anything?

MADDESYN GEORGE: Well, I just had a baby.

DAVID LABOUNTY: Okay. How old's your baby?

MADDESYN GEORGE: She's four months.

DAVID LABOUNTY: Okay. Where's your baby now?

MADDESYN GEORGE: She's with her grandma.

DAVID LABOUNTY: Okay. Where's that at?

MADDESYN GEORGE: At home with my mom.

DAVID LABOUNTY: Okay. Is that your first kid?

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: Okay. What's her name?

MADDESYN GEORGE: Shynne.

DAVID LABOUNTY: Shynne. Nice. And it's a girl?

MADDESYN GEORGE: Yeah, she's a girl. Yeah.

DAVID LABOUNTY: She's a girl.  Okay.  So, we're wanting to talk about what happened today. So if can just go back to, let's say the morning until, and just go from there. So where were you at in this morning?

MADDESYN GEORGE: I was at home.

DAVID LABOUNTY: And where's home?

MADDESYN GEORGE: In Nespelem

DAVID LABOUNTY: Okay. And then, what?

MADDESYN GEORGE:  I just, my mom gave me the keys and said that it was all right for me to move into my new house. Well, not new, but move back into our house. And, uh . . . .

DAVID LABOUNTY: Where's that at?

MADDESYN GEORGE: It's right as we're coming into Nespelem. There's that blue double-wide right on the right.

BOB MARCHAND: Oh, at the Mill Pond?  It is the Mill Pond house?

DAVID LABOUNTY: Okay. So if you're going from Omak to Nespelem, it's the first one on the right?

MADDESYN GEORGE: Mm---hmm (affirmative).

DAVID LABOUNTY: Okay. Okay. So you're moving into there?

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: Are you moving in with anybody else?

MADDESYN GEORGE: No. Well, it's just supposed to be me and my daughter and my little cousin actually, because we all live in one house right now and it's only a three or four bedroom and there's like one, two, three, four, five. There's like seven of us in this house. So my mom . . .

DAVID LABOUNTY: So it's kind of crowded?

MADDESYN GEORGE: Yeah.

*United States v. Maddesyn Danielle George – Transcript of Custodial Interview*

DAVID LABOUNTY: Okay. So you're kind of moving out to get some space?

MADDESYN GEORGE: Just down the road though.

DAVID LABOUNTY: Okay. So you got the keys, your mom gave you the keys?

MADDESYN GEORGE: Uh, huh (affirmative).

DAVID LABOUNTY: And you're going to start moving over there?

MADDESYN GEORGE: Yep.

David  LaBounty: Okay. And then what?

MADDESYN GEORGE: I'm planning on getting my electricity on and starting the cleaning and moving and stuff. And I was just came over to go see my friend, David cause he had some beds, you know, like beds and a fridge, like just house . . . utilities.

DAVID LABOUNTY: Yeah. House stuff.

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: David who?

MADDESYN GEORGE: David Priest.

DAVID LABOUNTY: Okay. So did you make arrangements to meet David?

MADDESYN GEORGE: Well, I kind of, yeah. I mean, I just showed up out there because, its like, I mean, when I was like running around a lot more, I'd go there and rock. He's just a good friend.

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: And where does David live?

MADDESYN GEORGE: Up there, at his mom's house.

DAVID LABOUNTY: The house we were just at?

MADDESYN GEORGE: Yes.

DAVID LABOUNTY: Okay. So is that, if I said it was 4111 Rocky River HUD, do you know that to be his house?

MADDESYN GEORGE: I don't know. I don't know what the address is.

DAVID LABOUNTY: Okay. But it's here in Omak?

*United States v. Maddesyn Danielle George – Transcript of Custodial Interview*

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: Okay. And it's third HUD?

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: Okay. Okay. So you showed up at his house. Does that mean you were driving or somebody else was driving or...?

MADDESYN GEORGE: I just got dropped off.

DAVID LABOUNTY: Okay. Who dropped you off?

MADDESYN GEORGE: Just one of my friend from Nespelem. She had to get back to her kids so she just dropped me off and went home.

DAVID LABOUNTY: Who was that?

MADDESYN GEORGE: Um . . . [pause] Oh man. [pause] oh, man.  Her name is Cara.

DAVID LABOUNTY: Cara?

MADDESYN GEORGE: But yeah, she just dropped me off and gave me a ride that day.

DAVID LABOUNTY: Okay. So what kind of car were you in?

MADDESYN GEORGE: Huh?

DAVID LABOUNTY: Was that Cara's car?

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: Okay. What's her last name?

MADDESYN GEORGE: Campbell.

DAVID LABOUNTY: Cara Campbell?

DAVID LABOUNTY: Does she live in Nespelem?

MADDESYN GEORGE: I don't know where she lives, honestly. I don't.

DAVID LABOUNTY: Okay. So she's a friend of yours and she just hooked you up and drove you out here. Okay. Then dropped you off in front of David's house?

MADDESYN GEORGE: Uh, huh. (affirmative).

DAVID LABOUNTY: Okay.

*United States v. Maddesyn Danielle George – Transcript of Custodial Interview*

MADDESYN GEORGE: Is there something wrong with that? I feel like I'm . . . . I don't know.

DAVID LABOUNTY: Oh no. There's nothing wrong. So, with something like this, you know, just the details matter and it's just finding out what was going on because it kind of paints a picture of what was happening.

MADDESYN GEORGE:  Uh huh [affirmative].

DAVID LABOUNTY:  So, you're just grabbing stuff?

MADDESYN GEORGE: Well, no, it's like the weekend. So it was just kind of like I wanted to come over and hang out. You know.

DAVID LABOUNTY: Yeah.

MADDESYN GEORGE: Just get out because I just had a baby four months ago, so . . .

DAVID LABOUNTY: Okay. Yeah. I totally understand that. You want to get out and enjoy the weekend, right?

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: Okay. So, you get dropped off at David's house and then what happened? Sorry. Do you know about what time that was?

MADDESYN GEORGE: No, [pause] I don't really know.

DAVID LABOUNTY: Okay. Do you know if it was morning or afternoon or...

MADDESYN GEORGE: It was this afternoon.

DAVID LABOUNTY: Okay. So, after lunchtime you would say or...?

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: Okay. And then what happened?

MADDESYN GEORGE: We were just all hanging out, and then, I don't know what happened [laugh].

DAVID LABOUNTY: Okay. So, when you said you were all hanging out, who was all hanging out?

MADDESYN GEORGE: It was just me sitting outside, and I don't know where everybody else went.  Um, because I was just kind of playing in the water. Like, I don't know. I was just minding my own business and then . . .  I don't know what happened.

*United States v. Maddesyn Danielle George – Transcript of Custodial Interview*

DAVID LABOUNTY:  Okay. I know something like this, or what happened can be hard to talk about. But like I said, you know, the facts are one thing, but I think what's also really important is knowing why things happen because it shows, you know, different dynamics of what was going on, you know? So, obviously someone ended up getting shot.

MADDESYN GEORGE: Hold up.  I don't even know why that guy was even out there because he's not even supposed to be. He's like on a bracelet for, uh, he's like out on bail or something.

DAVID LABOUNTY: Okay. And that was the guy that got shot?

MADDESYN GEORGE:  Yeah.

DAVID LABOUNTY: Did you see an anklet on him or a bracelet on him?

MADDESYN GEORGE:  I didn't.

DAVID LABOUNTY: Okay. How'd you find out he had a bracelet?

MADDESYN GEORGE: Huh?

DAVID LABOUNTY: How'd you find out he had a bracelet?

MADDESYN GEORGE: Everybody knows everybody's business around here. You know? He got busted on the S turns. Like, I don't know. Like, he got caught up with some drugs and some fucking, some stuff out there on the S turns, and then he ended up bailing out and everybody knows everybody's business around here.

DAVID LABOUNTY: Right.

MADDESYN GEORGE: So, I don't know.

DAVID LABOUNTY: But you've seen him before?

MADDESYN GEORGE: Who? Buddy? His name is Buddy.

DAVID LABOUNTY: Buddy?

MADDESYN GEORGE: Or, well Kristopher Graber. His name is Buddy.

DAVID LABOUNTY: He goes by Buddy.

MADDESYN GEORGE: Yeah

DAVID LABOUNTY: So you'd seen him around before?

MADDESYN GEORGE: Yeah.

*United States v. Maddesyn Danielle George – Transcript of Custodial Interview*

DAVID LABOUNTY: Would you describe him as a friend or an acquaintance or just someone that you know, or . . .

MADDESYN GEORGE: Hmm. I don't know. I don't know. Just somebody around. [Laugh.]

DAVID LABOUNTY: Okay. So, some people you have positive feelings for, negative feelings for, neutral or just no feelings for, what?

MADDESYN GEORGE: I mean, I just had a baby, so I just mind my P's and Q's and just try to . . .

DAVID LABOUNTY: Okay. So, how did he end up getting shot?

MADDESYN GEORGE: I don't . . . I thought, uh, I don't know.

DAVID LABOUNTY: What was he doing before he got shot?

MADDESYN GEORGE: All I seen is he just jumped out of the car. And then . . .

DAVID LABOUNTY: Which car did he jumped out of?

MADDESYN GEORGE: I don't know who he pulled up with. He uh . . . It was like a green car, I think. I think her name is Kendra.

DAVID LABOUNTY: Okay. So he showed up with Kendra?

MADDESYN GEORGE: I think. Yeah. That's the car that he...

DAVID LABOUNTY: Okay. So he got out of the car and what was he doing?

MADDESYN GEORGE: I don't know. I was kind of wondering the same thing cause he's a white guy or he's a white guy, like . . . You know? I don't know.

DAVID LABOUNTY: Okay. So where were you when he got shot?

MADDESYN GEORGE: I was off in my own little . . . Honestly, I don't even really know what happened. I was so high. Like, we just smoked some blunt and then, all the sudden everybody's gone and I don't know. I'm like, "The hell is going on?"

DAVID LABOUNTY: Okay. So did you have to shoot him?

MADDESYN GEORGE: Did I have to shoot him?

DAVID LABOUNTY: Yeah.

MADDESYN GEORGE: [Pause] Why would I have to shoot him?

DAVID LABOUNTY: There's all sorts of reasons people do that. [pause] Sometimes it's justifiable. Sometimes it's not, you know, which is why, remember

*United States v. Maddesyn Danielle George – Transcript of Custodial Interview*

I talked about the why, which is why that is an important part because sometimes people can just be sociopaths or whatever, and they just don't mind.

MADDESYN GEORGE: Like him? [laugh]

DAVID LABOUNTY: Right. They just have no problem killing people for no reason. And there's other reasons. Some people shoot others in self-defense or they have reasons for doing it. So, that's why the why is really important. And that's why we have to figure that out.

MADDESYN GEORGE: [Laugh.] Can I ask you guys a question?

DAVID LABOUNTY: Of course.

MADDESYN GEORGE: Do we have to have that recording right now? Just the lawyer isn't here.

DAVID LABOUNTY: Sure. I can pause it.

[Recorder stops and then restarts.]

DAVID LABOUNTY: All right, we got the recorder back on. So, while the recorder was off, uh, you were talking about something that happened last night. You went out to stay with Kris Graber, is that what he goes by?

MADDESYN GEORGE: Not stay, but just kind of visit and hang out.

DAVID LABOUNTY: Okay. And he's kind of a friend, you would say? Ish?

MADDESYN GEORGE: Yeah, I've always –

DAVID LABOUNTY: Prior to last night, you would have considered him a friend?

MADDESYN GEORGE: Yeah. I've always thought of him as a friend. I mean he's never fucking . . . Like I said, first time I've ever seen him act like that, like…

DAVID LABOUNTY: Yeah. Okay. And when you said, "act like that," you had told me that you were at his place, which sounds like it's a residence that has a basement area that's all set up like an apartment type situation. Yeah?

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: Okay. And then somehow you ended up in his bed, and all your clothes were on. Kris got into the bed with you. Did he start –

MADDESYN GEORGE: I wasn't in bed with him, but the house is like really small. So, in the living room area is uh, . . . If anybody, usually that goes over there, you know, they hang out in the bedroom. So, it wasn't like I was in the bed with him.

*United States v. Maddesyn Danielle George – Transcript of Custodial Interview*

DAVID LABOUNTY: Okay. Okay. It was just because it's somewhere to sit because it's a small place?

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: Okay. So then, um, he somehow restrains you and starts taking his clothes off, is that?

MADDESYN GEORGE: Well, we were sitting in . . . He had a bunch of scratch tickets, and I was like, "Oh, where are my scratch tickets at?" And so I start looking for them. And then he said, "Oh, I got a bunch of scratch tickets over here." And then he grabs them, you know, puts them down on a bed. We're just sitting there doing the scratch tickets. We're comfortable, I mean, like I said, he was a friend. I mean . . .

DAVID LABOUNTY: Yeah. Okay. And then that's when things started turning or what?

MADDESYN GEORGE: I mean, I know I wasn't putting off the impression that it was like. You know like that it could turn into something physical. I know I wasn't doing nothing like that.

DAVID LABOUNTY: Okay. You were just there as friends. In your mind that's what was going on. Right?

MADDESYN GEORGE: Yeah. That's all it is.

DAVID LABOUNTY: Okay. And then he starts wanting to do something.

MADDESYN GEORGE: He just kept talking about how nice my ass looked in the pants, and uh . . .

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: And, then he like rubbed his nose, like up against my layer. Like back here on this part.

DAVID LABOUNTY: Okay, on your leg?

MADDESYN GEORGE: Yeah. Because I was like laying. Like here's the bed you know, like this way. And I was laying like this way, long. Doing the scratch ticket. Then he uh . . .

DAVID LABOUNTY: So was he on the bed when he starts rubbing his nose on your leg?

MADDESYN GEORGE: No, he was like standing behind me. I don't know what he was doing it. It's kind of like just getting, I was just uncomfortable.

DAVID LABOUNTY: Okay. And then did he get down to rub his nose on your leg?

MADDESYN GEORGE: Yeah. He like bent over and then [pause] he like grabbed my ass, or you know like . . .

DAVID LABOUNTY: Yeah.

MADDESYN GEORGE: And it was just really uncomfortable. Then . . .

DAVID LABOUNTY: Sorry, go ahead.

MADDESYN GEORGE: Then, I told Buddy, "No, stop." You know, or just trying to wave it off like cool, you know like . . . And then he's like, "Oh, you know, you like your into that type of shit. You say one thing and then you mean another." I'm like, "No, I'm not actually." [laugh]

DAVID LABOUNTY: So when he was talking to you was it in a friendly way, or was it in a mean way, or aggressive way, or something else?

MADDESYN GEORGE: Like aggressive, you know like

DAVID LABOUNTY: Okay. And then what happens?

MADDESYN GEORGE: Then he grabbed me. I like sat up because I wasn't comfortable with him touching me like that.

DAVID LABOUNTY: Yeah.

MADDESYN GEORGE: Because I was laying on my stomach and doing the scratch ticket. And then, when he put his nose down by my butt, I tried to flip around, and like sit up. Then he just like held onto my legs and then I just like pushed up. Then he grabbed me like back here, by my hair and then he pulled me down.

DAVID LABOUNTY: He grabbed you by your hair and pulled you down?

MADDESYN GEORGE: Like right here, yeah. He grabbed it and then just kind of...

DAVID LABOUNTY: Okay. And then what happened?

MADDESYN GEORGE: He uh . . . I told him to let me up, you know "Stop." And then he wouldn't. He just, he held me down, laid on top of me.

DAVID LABOUNTY: And are you face down or face up?

MADDESYN GEORGE: At this point, I'm on my side.

*United States v. Maddesyn Danielle George – Transcript of Custodial Interview*

DAVID LABOUNTY: Okay. And then he was on top of you?

MADDESYN GEORGE: Uh, huh. (affirmative).

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: Or he was like holding me. It was like we were wrestling.

DAVID LABOUNTY: Okay. So how is he holding you down?

MADDESYN GEORGE: [pause] He had his arm right here on my, like right there.

DAVID LABOUNTY: Okay. So you're kind of describing his forearm across your shoulder, pinning you down?

MADDESYN GEORGE: And like on my side and he's like this, I had my arm up, because I'm trying to like, you know push him off. His arms pushing up against me. Or he's trying to move, like get my arms probably to hold me down like that.

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: And then, I'm not going to just lay there, and you know if I'm not comfortable, I'm not comfortable. I'm not going to sit, and continue to be in that situation, you know?

DAVID LABOUNTY: Yeah.

MADDESYN GEORGE: So, I like started getting really, I'm like really, "Just get off, the fuck off me."

DAVID LABOUNTY:  Yeah.

MADDESYN GEORGE:  Then he pulls out a gun. I like, and you know, and he grabbed it and he's like, "This will make you stay, ehhaha [laughing noise]." Like joking around about it.

DAVID LABOUNTY: What kind of gun was that?

MADDESYN GEORGE: A 9.

DAVID LABOUNTY: Okay. Was it the same one that was used?

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: Okay. Do you remember what brand it was or what it looked like?

MADDESYN GEORGE: I just know it was small.

DAVID LABOUNTY: Okay. Like shiny, or a certain color, or?

*United States v. Maddesyn Danielle George – Transcript of Custodial Interview*

MADDESYN GEORGE: It looked like a cop gun.

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: I don't really know.

DAVID LABOUNTY: So when you say a cop gun, I know a cop gun, they could be black or all metal, or?

MADDESYN GEORGE: Um, I just knew it was a gun.

DAVID LABOUNTY: Okay. Did you know it was a real gun or if it was a fake gun?

MADDESYN GEORGE: Yeah, I knew it was real.

DAVID LABOUNTY: Okay. How'd you know it was real?

MADDESYN GEORGE:  Because he has it, or he's had it. He had it, you know. I've seen it before with him. [laugh.]

DAVID LABOUNTY: Okay. Did you see the bullets that go in it or anything like that?

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: Okay. So we're not talking like one of those cowboy guns that have like a revolver, we're talking just a regular, I know them as a semi auto pistol. It has a magazine that you put into the handle. Is that, you're shaking your head, yeah. Is that what it looked like?

MADDESYN GEORGE: It looked like, uh, it was a black gun with big bullets.

DAVID LABOUNTY: Okay. So he pulls that thing out. And what happens now?

MADDESYN GEORGE: I'm like, "Yeah, right, you wouldn't." You know, I was like he was just joking, you know.

DAVID LABOUNTY: Yeah, did he point it at you?

MADDESYN GEORGE: No.

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: But he made it like, it was like he was trying to intimidate me with it.

DAVID LABOUNTY: Okay. Where'd he pull it out of?

MADDESYN GEORGE: There was like this dresser thing on the side of the bed or it's like shelves. And it was on the bottom shelf. Like just right there. Or like a full like shelf thing like that.

[banging noise.]

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: In that bottom corner.

DAVID LABOUNTY: Okay. He just pulled it off that?

MADDESYN GEORGE: Yeah. He racked and pulled the clip out. There was . . . It probably wasn't fully loaded, but there was maybe like five or six of them in there.

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: I don't know, but he took a handful of them out, though. And then he puts two more back in there.

DAVID LABOUNTY: Put two bullets back in? Okay. And then what happened? So he has the gun out and then what happened?

MADDESYN GEORGE: I was like, "Man, I'm leaving. You know. Fuck this. I'm not going to stay here and fucking put up with this shit. You're crazy, man." And then he's like, just set that gun down. He's, "I don't think you're going anywhere. You don't want to go. Where are you going? You ain't leaving?"

DAVID LABOUNTY: Yeah.

MADDESYN GEORGE: And [pause] we're still on the bed.

DAVID LABOUNTY: [pause] So earlier you said that he had a vibrator as well. So tell me about that. Where'd he get that from and what he did with it?

MADDESYN GEORGE: I don't know what he said, but he was talking weird you know. Like even in like a different voice. I mean, he's like, "Here, just try it, just try it." You know, and I'm trying to be cool with the situation, and I'm like, "No, and I can't even feel shit anyways. I just had a C-section, you know. I can't feel anything down there, anyways." He's all, "Come on, just try it." And I'm like, "No." But, he doesn't listen. He does it anyways. He laid on top of me too and [inaudible] and just laying there and I'm like "God this is so, this is sick."

DAVID LABOUNTY: So what was he doing with it?

MADDESYN GEORGE: Trying to hold it like on my clit area?

DAVID LABOUNTY: Under the clothes, or over the clothes, or something else?

*United States v. Maddesyn Danielle George – Transcript of Custodial Interview*

MADDESYN GEORGE: Well, first it was over the clothes. Then until, I was like, "See, I told you, I didn't feel shit anyways," you know. And, he was, "Oh, blah blah blah," and then he shoved his hands, unbuttoned my pants and my zipper and then put it down there like that.

DAVID LABOUNTY: Okay. Did it go inside or...?

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: Okay. And, I'm sorry, when I say inside does that mean inside your vagina?

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: Okay, and then

MADDESYN GEORGE: It was like a shaped like this like this, and that part's open right there.

DAVID LABOUNTY: Yeah.

MADDESYN GEORGE: And then he put that part inside of me and the other part went. [pause.] I leapt up and was like "All right, quit it now, God it's fucking, you're hurting me," like. I wanted to, like, this is stupid like what are you doing? He's like "Oh yeah, come on you know you like it." I'm like, "No I didn't. No I don't."

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: And he does that for a like half hour. I mean, 45 minutes.

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: And then finally, I like, convince him that like I'm hungry, let's get something to eat, you know.

DAVID LABOUNTY: Yeah

MADDESYN GEORGE: He did, he got up and he went and cooked something you know. And, I just, I didn't know, I didn't even [inaudible] like, you know, like.

DAVID LABOUNTY: Yeah. So he got up to cook something and then what happened?

MADDESYN GEORGE: He asked if I go help him and I did, and we eat eggs and bacon and then some bagel, like a bagel, toasted bagel. And then, it's really awkward though you know, like it's just like. I don't know how to explain it.

DAVID LABOUNTY: Do you know about what time this was?

*United States v. Maddesyn Danielle George – Transcript of Custodial Interview*

MADDESYN GEORGE: About like 5 maybe. 3, 4, 5, I don't know, it's just that.

DAVID LABOUNTY: In the afternoon or evening?

MADDESYN GEORGE: Throughout the day.

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: I mean,

DAVID LABOUNTY: But it wasn't like 5 in the morning? Okay.

MADDESYN GEORGE: Uh uh. [negative]

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: Cause we were like,

DAVID LABOUNTY: Okay, so you had the awkward meal and then what happens?

MADDESYN GEORGE:  Couple people showed up, you know, just in and out and say hi whatever and he, uh. . . .  I don't know why, I felt like I couldn't leave though. Like, I don't know why.

DAVID LABOUNTY: Did he tell you couldn't leave?

MADDESYN GEORGE: When I told him that I was going to leave, like, when he first start doing it, and he pulled out that. [pause] And he [unintelligible] trying to put that fear in me, maybe.

DAVID LABOUNTY: Okay. So, then what happens?

MADDESYN GEORGE: Then this maid that he called her a maid, lady showed up. Alisha something, I don't know. She was just there cleaning and shit and . . . he, we're just chilling in the room but. . .

DAVID LABOUNTY: Her name was Alisha what?

MADDESYN GEORGE: I don't know. I don't even know who she was.

DAVID LABOUNTY: Okay. Was she older, younger?

MADDESYN GEORGE: Younger? I don't, she was just, I never, I don't know, I've never met her before.

DAVID LABOUNTY: Okay. How long was she there?

MADDESYN GEORGE: Uh, probably about an hour.

DAVID LABOUNTY: So is she cleaning up the whole place or?

*United States v. Maddesyn Danielle George – Transcript of Custodial Interview*

MADDESYN GEORGE: She's doing a load of laundry and did what, a little bit of dishes were there I guess. All I noticed.

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: Well [pause]

DAVID LABOUNTY: Then what happens?

MADDESYN GEORGE: I'm just kind of hanging out you know like. And he started painting the, like this mirror thing. I guess that he's remodeling his room or whatever.

DAVID LABOUNTY: Yeah.

MADDESYN GEORGE: And like this mirror that like he's doing the painting the outside of it.

DAVID LABOUNTY: Okay. Painting a mirror? So he starts painting the mirror and what do you do?

MADDESYN GEORGE: I'm sitting on my bed in front of this mirror like combing my hair.

DAVID LABOUNTY: Mm hmm (affirmative).

MADDESYN GEORGE: And

DAVID LABOUNTY: Then what?

MADDESYN GEORGE: He says [inaudible] tired. And I was like, and I told him "No" I was like "I'm trying to finish hair and then I'm probably going to head out or try to if I can get a ride" and he said "How come you're just laying down by me?" Then he grabbed me and pulled me down, and I lay there with him while.

DAVID LABOUNTY: On the same bed? Or somewhere else?

MADDESYN GEORGE: Right there on the same bed, but it's only cause I thought like maybe if he laid, the quicker he lays down, the quicker he goes to sleep, the quicker I can get the fuck out of here, you know?

DAVID LABOUNTY: okay

MADDESYN GEORGE: And not feel like that awkward like. Like you haven't ever gone to a place somewhere and like you want to leave but it goes awkward or like.

DAVID LABOUNTY: Yeah

BOB MARCHAND: Like there was tension.

*United States v. Maddesyn Danielle George – Transcript of Custodial Interview*

MADDESYN GEORGE: Yeah like if you leave then it's like, you know?

DAVID LABOUNTY: Right. So when you're laying on the bed is he holding you in the bed or is something else or?

MADDESYN GEORGE: He, yeah, he's like got his leg around me and his arm, you know I'm just laying there like this, like this.

DAVID LABOUNTY: Okay. And then what happens?

MADDESYN GEORGE: He fell asleep on me already.

DAVID LABOUNTY: Okay. And then what do you do?

MADDESYN GEORGE: I got up and told myself, "the fuck if I'm gonna let this happen again."

DAVID LABOUNTY: You're not going to let that happen again?

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: Cause it's like, remember the had the, the gun?

DAVID LABOUNTY: Yeah.

MADDESYN GEORGE: And the. . .  So I grabbed this gun and I put on my shoes and then walked out the door.

DAVID LABOUNTY: Okay. And then, did you walk from his house or?

MADDESYN GEORGE: No, my friend Cara picked me up.

DAVID LABOUNTY: Okay. You called your friend?

MADDESYN GEORGE: Cara, yeah.

DAVID LABOUNTY: Cara. Okay. And you said that was Cara, what was the last name?

MADDESYN GEORGE: Campbell.

DAVID LABOUNTY: Cara Campbell, that's right. So she comes, picks you up, and then where'd you guys go?

MADDESYN GEORGE: I told her I wanted to go home.

DAVID LABOUNTY: To Nespelem?

MADDESYN GEORGE: Yeah.

*United States v. Maddesyn Danielle George – Transcript of Custodial Interview*

DAVID LABOUNTY: Your mom's house?

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: Okay. And then, is that what you guys did?

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: Okay. Did you make any stops on the way or?

MADDESYN GEORGE: Nope.

DAVID LABOUNTY: Okay, just straight from his place to your mom's place.

MADDESYN GEORGE: Well, we put gas in, but that was it. And then we went right over the hill.

DAVID LABOUNTY: Okay. Where'd you get gas?

MADDESYN GEORGE: That Chevron up at right by the Pizza Hut and McDonald's.

DAVID LABOUNTY: Oh okay.

MADDESYN GEORGE: Right on the corner.

DAVID LABOUNTY: Okay, right. So you're coming down from Lenny's house into town right?

MADDESYN GEORGE: Uh huh. [affirmative]

DAVID LABOUNTY: And then, so you hit that gas station, the Chevron, excuse me. And then you go back down. Do you go through town or do you go over the bridge or?

MADDESYN GEORGE: We went down the highway.

DAVID LABOUNTY: Okay. And then, so does she stay with you at your mom's house? Or do you go?

MADDESYN GEORGE: Yeah well, we went to our mom's house and ate. And

DAVID LABOUNTY: She was with you too?

MADDESYN GEORGE: Yeah well she sat outside cause my mom and dad don't let people in the house cause the whole virus thing.

DAVID LABOUNTY: Oh, okay.

MADDESYN GEORGE: So, she's out sat outside and waited for me whatever and, she was just having fun on the wifi. And then we went down to the casino for a little bit.

DAVID LABOUNTY: Okay. Down on the dam?

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: Okay. How long were you at the casino?

MADDESYN GEORGE: Till it closed.

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: Like 2.

DAVID LABOUNTY: Okay.

**Bob Marchand**: What time did you get to the casino do you know?

MADDESYN GEORGE: Uh, I have no idea . . .

**Bob Marchand**: Was it dark already?

MADDESYN GEORGE: Yeah.

**Bob Marchand**: Yeah.

MADDESYN GEORGE: It was dark.

DAVID LABOUNTY: Okay. And after the casino, where did you and Cara go?

MADDESYN GEORGE: Hmm

DAVID LABOUNTY: I'm sorry, Cara or Cara?

MADDESYN GEORGE: Cara.

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: Um, we were just bored, like what should we do? You know.

DAVID LABOUNTY: Mm-hmm (affirmative)

MADDESYN GEORGE: So, we went and uh, rented a room down at the Coulee House.

DAVID LABOUNTY: Okay.

*United States v. Maddesyn Danielle George – Transcript of Custodial Interview*

MADDESYN GEORGE: We just trying to like, you know, somewhere to hang out and you know, just shower.

BOB MARCHAND: You can't go back to your parent's houses. They won't let her in?

MADDESYN GEORGE: Yeah so we figured we got a room at the Coulee House that was clean so we could both get showered you know and just like hang out for a second you know.

DAVID LABOUNTY: Yeah.

MADDESYN GEORGE: And we did that and then.

BOB MARCHAND: Who rented the room? Was it you or her?

MADDESYN GEORGE: Her.

BOB MARCHAND: Her?

MADDESYN GEORGE: Yeah.

BOB MARCHAND: Okay.

MADDESYN GEORGE: Cause I don't have a Washington or a Washington State ID.

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: And then, um. Oh and then DP called me just asking how I was doing and just checking on me asking why I haven't been home all weekend or you know like.

DAVID LABOUNTY: Who was that?

MADDESYN GEORGE: David. DP

DAVID LABOUNTY: Daylen?

MADDESYN GEORGE: DP. David.

DAVID LABOUNTY: David Priest?

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: Oh okay. So he called to check on you.

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: And that was early in the morning?

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: Okay. And then what?

MADDESYN GEORGE: And then, I told him I'm at my house you know, oh I'm going to have to move in on Monday and get the electricity on and I'm all excited about that. And he said, "Oh I got a whole bunch of furniture stuff if you're interested in it you know."

DAVID LABOUNTY: Yeah.

MADDESYN GEORGE: And that's why we came back over here.

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: And then, Cara just ended up heading out. And we were just all hanging out then. There, like we always do you know. Washing the cars, or playing in water, or just playing with tools.

DAVID LABOUNTY: Yeah.

MADDESYN GEORGE: And then.

DAVID LABOUNTY: So Cara takes you from Coulee House over to David's house?

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: Or DP's house? All right, so you're hanging out there, just doing what you're doing. And then what happens?

MADDESYN GEORGE: Well, I was getting a few messages or like, a few people were trying to hit me up you know. And I know, why you know. Cause what I grabbed from his house when I left. Yeah.

DAVID LABOUNTY: Did you grab anything else from this house when he left?

MADDESYN GEORGE: No.

DAVID LABOUNTY: Yeah. Okay. No money or anything like that?

MADDESYN GEORGE: Uh, maybe a little bit of dope, but . . .

DAVID LABOUNTY: Okay. But no cash or anything like that. Okay. So he's trying to get ahold of you to get that back.

MADDESYN GEORGE: Mm-hmm

DAVID LABOUNTY: Okay. Did he try to call you or did he call your friends or?

*United States v. Maddesyn Danielle George – Transcript of Custodial Interview*

MADDESYN GEORGE: He was blowing me up

DAVID LABOUNTY: Okay. What were you answering or responding?

MADDESYN GEORGE: No.

DAVID LABOUNTY: Okay. Well, do you know what his phone number is off the top of your head?

MADDESYN GEORGE: He just uses messenger.

DAVID LABOUNTY: Facebook messenger?

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: Okay. Um, and his Facebook is under his name or does he use a different name?

MADDESYN GEORGE: He . . . kg [pause]. It is something kg, I don't know. I just know I had a K and G on it. I think it says back or something like that. I don't know. Back

DAVID LABOUNTY: Back – B – A – C – K?

MADDESYN GEORGE: kg. . . . It says something like that. I remember.

DAVID LABOUNTY: Okay. Are you friends with them with Facebook?

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: All right. And then you just use your name for your Facebook to communicate with him?

MADDESYN GEORGE: It is the only Facebook I have.

DAVID LABOUNTY: Okay. Is it Maddesyn George?

MADDESYN GEORGE: Maddesyn Danielle,

DAVID LABOUNTY: Maddesyn Danielle. Okay. And you are friends with him on Facebook?

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: Okay. Okay. So he's blowing you up, he's trying to get back to you. He's trying to, I imagine once he get his gun back, um, and you're at DP's house, and then what happened? You guys are just hanging out – you Cara and . . .

MADDESYN GEORGE: Well, I didn't tell him that I was out there, you know, like I'm just ignoring it, like, yeah. I don't think I was in the wrong for taking the gun either. Just for the simple fact . . .

DAVID LABOUNTY: Right. Yeah. I mean, he used it to intimidate you, it sounds, so. It sounds like you may have been taking it out of play so that it doesn't get used against you again.

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: But I wasn't like, "Oh, I'm going to get him." I was just like, more so, " I'm not going to talk to you. You shouldn't talk to me" or, "Hey, that's it." And then just leave it like that.

DAVID LABOUNTY Okay. And then somehow he ends up showing up at DP's house. Do you know when that happened?

MADDESYN GEORGE: Like that girl, Kendra – Kendra McCoy. Like, she's really, she's not from around here, but she is around here lately and she likes the drama or she like I don't know. But . . .

DAVID LABOUNTY: Do you know, does she know who you are?

MADDESYN GEORGE: Yeah. Well, I remember I told you that, Buddy sent out this message to somebody and I got a screenshot of it sent to my messenger, but it says, . . . what does it say, something about, "you think she got a lot. I'll get you half of whatever she got to bring her to me," is what it said.

DAVID LABOUNTY: Okay. So it sounds like he thinks you stole something and he's offering it as a reward, whatever you took he'll give to who?

MADDESYN GEORGE: Uh, [pause; tapping].  One of my little guy friends. Uh, Cody.

DAVID LABOUNTY: Cody?

MADDESYN GEORGE: Uh, Ruiz.

DAVID LABOUNTY:  Cody Ruiz? Okay.

MADDESYN GEORGE:  He is the one forwarded me the message.

DAVID LABOUNTY: On Facebook?

MADDESYN GEORGE:  Yeah. Well he screenshot it in his messages and then sent them to me,

*United States v. Maddesyn Danielle George – Transcript of Custodial Interview*

DAVID LABOUNTY: okay.

MADDESYN GEORGE: And then, not even like an hour or maybe half, I don't know how long it was exactly, but he ended up showing up out there. But when we went to Riverside to go get pop or, oh no we went to get Marty's keys out of Shelly's car, up, down the flats.

DAVID LABOUNTY:  Okay.

MADDESYN GEORGE: Shelly Priest and yeah. Well, her dad lives up there and Marty hopped on with us. So . . .

DAVID LABOUNTY:  So it was you, Marty and?

MADDESYN GEORGE: David.

DAVID LABOUNTY:  David?

BOB MARCHAND: So when you say Marty, I'm assuming Marty Stanley. Was it the dad or the son?

MADDESYN GEORGE: The dad.

BOB MARCHAND: Okay.

MADDESYN GEORGE: Uh huh.

BOB MARCHAND: Okay.  Because I know there's two of them – senior and junior. Was it senior?

MADDESYN GEORGE: Yeah.

BOB MARCHAND: Okay.

DAVID LABOUNTY: And what car were you in?

MADDESYN GEORGE: The white car.

DAVID LABOUNTY: Okay. So you go up to you, go with Marty and DP out to their place.

MADDESYN GEORGE: Well, wait, well, it's, Marty's girlfriend's place. Shelly Priest, or the Watts up there on the Flats.

DAVID LABOUNTY:  Okay.

MADDESYN GEORGE:  And, but when we're we go up there and get his keys and stuff there and get gas. And then we head back to the Third, and then on the way, we

were just pulling, like getting to the end of the cul de sac, just where Brett lives, and Kendra is just pulling out of there. Like, just leaving.

DAVID LABOUNTY: Did she see you?

MADDESYN GEORGE: Yeah, she flipped me off.

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: So then.

DAVID LABOUNTY: Did she have words or did she just flipped you off or what?

MADDESYN GEORGE: She just flipped me off. That was it. I'm like fuck you too then b.

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: So, were you driving or were you in the passenger seat?

MADDESYN GEORGE: I was in the passenger seat.

DAVID LABOUNTY: Passenger seat? In the front or back in the passenger seat?

Maddysen George: In the front passenger.

DAVID LABOUNTY: The front passenger. Okay.

[sound of soda can opening]

MADDESYN GEORGE: And then he like, maybe not even, not too long after that happened, you know, like she was flipped me off or whatever.

DAVID LABOUNTY: Yeah.

MADDESYN GEORGE: She pulled up in there with Buddy.

DAVID LABOUNTY: Okay. So did DP and Marty get out of the car?

MADDESYN GEORGE: I didn't, they weren't even there, or they, this had been awhile. It was, we got back and I don't know where everybody went.

DAVID LABOUNTY: Okay. They just got out of the car.

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: Okay. And then you just, you stayed in the car?

*United States v. Maddesyn Danielle George – Transcript of Custodial Interview*

MADDESYN GEORGE: Yeah. I was just like organizing my little bag, the bags that I had in there. Yeah. I had my makeup bag and then like, I don't know, I had some clothes in there I was just sitting in the bar organizing that. And then that's when –

DAVID LABOUNTY: Where was the gun at that point?

MADDESYN GEORGE: Just right there on the floor, under the seat.

DAVID LABOUNTY: The front seat?

MADDESYN GEORGE: Uh huh. [affirmative]

DAVID LABOUNTY: Okay. That he pulls up or Kendra and him pull and Buddy pull up. You said

Maddysen George: Uh, huh. [affirmative]

DAVID LABOUNTY: Okay. And then what happened?

MADDESYN GEORGE: He walks up to the car and he like, he just started talking shit, you know. And I'm like, man, you just need to leave, this isn't the place to do this. Like, it was just leave. I didn't do nothing to you. And then he's like, why did you take my shit? Why do you take my shit? And I looked at him and I was like, you know why I took your shit.

DAVID LABOUNTY: Right.

MADDESYN GEORGE: Why are you trying to play it? You know why I took it.

DAVID LABOUNTY: Right. So you guys are having words and then what happens?

MADDESYN GEORGE: He said you don't get me back my shit right now, I am gonna fucking, I will rip you out of this car – duh, duh, duh, duh, duh. And, then he goes for the door lock or to try to open the door. So then I hit the door lock, I don't know what I hit it with my elbow and my hand, but I hit it and then the window's down like by like this much.

DAVID LABOUNTY: Yeah.

MADDESYN GEORGE: And then he tried to reach in there, and I don't know if he was trying to open the door or grab the lock, or grab me, you know, but –

DAVID LABOUNTY: Okay. Did he end up grabbing you? Did he end up hitting you, or?

MADDESYN GEORGE: He is like jumping at me or, you know, like trying to scare me through the window and shit, and he had my arm and . . .

DAVID LABOUNTY:  How much was the window open?

MADDESYN GEORGE: Like this much, like not very much.

DAVID LABOUNTY:  Okay. So you're showing me like eight inches, six to eight inches, or so?

MADDESYN GEORGE: Enough for him to be able to . . .

DAVID LABOUNTY:  Reach in?

MADDESYN GEORGE: Yeah

DAVID LABOUNTY:  Okay. So he's reaching in and grabbing you. And is he trying to grab anything else or is he trying to get the door open or?

MADDESYN GEORGE: Well, I don't like, it was just my makeup bag or like a bag, my backpack right there on my lap, you know, and then I don't know if he tried again, like he was just trying to get in there you know, and I was just already. . .

DAVID LABOUNTY:  Okay. And then what happened?

MADDESYN GEORGE: Uh, I locked the door. And then he's like, oh duh, duh, duh, duh, duh what happened? Oh my God. I don't know. I fucking got the door locked, and I was like panicking cause I was like, Oh, fuck the windows open this much, like he's going to fucking, he is going to get me.  So then I got the gun off the floor and fucking . . .  [pause.] I don't know how I ended up in the other seat though, like honestly.

DAVID LABOUNTY:  The other seat?

MADDESYN GEORGE:  Like I was on the other seat, the driver's seat.

DAVID LABOUNTY:  Okay. So, somehow you've moved over. You were able to get the gun and go over to the other seat? The driver's seat. Okay. And then what happened?

MADDESYN GEORGE: No, I had the gun, and it went off and I was still in the passenger seat .

DAVID LABOUNTY:   When you were still in the passenger seat. Okay. Okay. So does that mean, so you got the gun, you have it in your hand and you have it pointed at him. Did you tell him anything?

MADDESYN GEORGE: Yeah, I was telling him like, this is like, just go like fucking don't do this, you know.

DAVID LABOUNTY:  What did he do or say?

MADDESYN GEORGE: He . . . [pause] What did he do? He was like, he was right in my face, but he was like still outside the window.

DAVID LABOUNTY:  Yeah.

MADDESYN GEORGE:  Um, he was just saying, "eww." I think he was trying to grab that gun out of my hand. Honestly, it just all happened like so fast, after he started trying to get in there and fucking. . .

DAVID LABOUNTY:  Okay. So he's trying to get at you to get the door open. You were able to get the gun, and then from the passenger seat, that's when you shot. Do you remember what hand your gun was? What hand the gun was in?

MADDESYN GEORGE: This hand, I think.

DAVID LABOUNTY:  So you showed me her right hand. Okay. So, that means it's like this way, pointed out the window. Okay.

MADDESYN GEORGE: And he was trying to grab it, or he was like, still trying like ruffle around or like –

DAVID LABOUNTY:  Okay. Did he see the gun?

MADDESYN GEORGE: Yeah, he . . .  it was right just there on the floor. He seen it, he knew I . . .

DAVID LABOUNTY:  Okay. Did he say anything about it?

MADDESYN GEORGE: Whenever he got there?

DAVID LABOUNTY:  Yeah. Well, when, during that, while he's at the window, did he say anything about the gun?

MADDESYN GEORGE: Yeah. Well, I mean, no, I had grabbed it, and then I was just like, all right. I was like, man, just go away. Like, you ain't getting it back, you know.  Or, like it's just plain and simple, like just get the fuck away from me.

DAVID LABOUNTY:  Yeah.

MADDESYN GEORGE:  And he's like, "Oh, I'm going to beat your fucking ass then, I'm going to rip your ass out of this car and duh, duh, duh, duh, duh."  And then fucking, I was like, "Oh the fuck, he [inaudible]."  I've been hit by – I've been hit by men before, you know.

*United States v. Maddesyn Danielle George – Transcript of Custodial Interview*

DAVID LABOUNTY:  Yeah. Okay. So how long do you think that . . .?

MADDESYN GEORGE: It was all fast. It happened real fast.

DAVID LABOUNTY:  Okay. So less than five minutes, less than a minute?

MADDESYN GEORGE: From when he pulled up?

DAVID LABOUNTY:  Yeah, since he is at the window till he gets shot.


MADDESYN GEORGE: Probably about four to five minutes.

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: It was fast.

DAVID LABOUNTY: Okay. And after he got shot, what happened next?

MADDESYN GEORGE:  Fuck, I don't know. I blanked out. My ears were ringing. [laugh] [pause] And then, he kind of went backwards, and then I hopped out the driver door, and then I was looking, and then that's when I seen the blood.

DAVID LABOUNTY: Did he say anything?

MADDESYN GEORGE: He was just holding his chest like this, you know?

DAVID LABOUNTY: Yeah. Do you remember where he got shot?

MADDESYN GEORGE: No. I just remember he was holding it like this, like –

DAVID LABOUNTY: Okay. You're showing me holding his chest.

MADDESYN GEORGE: Like that.

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: I mean like, it happened.

DAVID LABOUNTY: Yeah. And then what happened after that?

MADDESYN GEORGE: [pause] I was just standing back. I don't know, man. It's scary. It just happened so fast, you know. It's like man.

DAVID LABOUNTY: Yeah. Do you know if . . .  So when you got out of the car, did you go in the house or did you just stay in the driveway?

MADDESYN GEORGE: I was panicking. I was just like, "What do I do?" Like, I don't know what to do, you know.  I was like, "It's not my fault. I didn't do it." He came at me though, what was I supposed to do, you know, like?

*United States v. Maddesyn Danielle George – Transcript of Custodial Interview*

DAVID LABOUNTY: Yeah. Did you notice if anyone was there? Anyone else was there?

MADDESYN GEORGE: Umm, Shannon.

DAVID LABOUNTY: Shannon?

MADDESYN GEORGE: Edwards.

DAVID LABOUNTY:  Yeah.

MADDESYN GEORGE:  She was.

DAVID LABOUNTY: Where was she at?

MADDESYN GEORGE: When Buddy walked up to the car, she was sitting in the car with me.

DAVID LABOUNTY: Okay. Was she in the car when he was shot?

MADDESYN GEORGE: I don't think so. Because I kept telling him like, "Just go." Like, "Just leave us." Like, "Just don't come out and start that shit." You know. Like just . . . And she was like, "Oh, okay." She was like, "Is it all right, if I get out?" You know, asking me like, "Is it all right if I get out?" You know, cause I was scared, you know.  I was like, "I don't fucking". . .  I was like, "No, don't get out. Don't leave me, Shannon and."

DAVID LABOUNTY: Was this while he was here, or while Buddy was there?

MADDESYN GEORGE: Yeah, he was up at the window, and he was just like talking shit, or you know like –

DAVID LABOUNTY: So does that mean Shannon was in the backseat?

MADDESYN GEORGE: No, she was in the driver's seat, and we were sitting there when, she was sitting there with me when he walked up.

DAVID LABOUNTY: Oh, okay. So she bounced, during the, uh, before the gunshot or after the gunshot?

MADDESYN GEORGE: [pause] Maybe? I don't know.

DAVID LABOUNTY:  Okay. That's okay. You know, things like this, traumatic events like this, it's okay for your brain to not um remember facts. So I'm just asking, if you don't know, that's fine. Just tell me, you don't know.

MADDESYN GEORGE: I was just like in shock. It was like, "Dude"—

DAVID LABOUNTY: Yeah.

*United States v. Maddesyn Danielle George – Transcript of Custodial Interview*

MADDESYN GEORGE: "Why did you have to push it that far, or like why didn't you just leave?"

DAVID LABOUNTY: Right.

MADDESYN GEORGE: I wasn't fucking with you. You know?

DAVID LABOUNTY: Right. [pause] And then what's the first thing, so you said it was kind of a blur, which is understandable, what's the first thing you start remembering, after the shooting?

MADDESYN GEORGE: Just looking, running around like a chicken with my head cut off. Like, trying to figure out what the fuck to do, you know. Should I run? Should I stay? I don't know. Fuck that, I can't run, you know. I didn't do nothing wrong. I've been wronged, so why am I going to run?

DAVID LABOUNTY: Right. Do you remember what made you make the decision to pull the trigger?

MADDESYN GEORGE: Because he was still trying to get—he was going to fuck me up.

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: He was going to do something to me. Or, he was going to take it out of my hands and shoot me with it, you know.

DAVID LABOUNTY: Right. Okay. Do you remember what you felt when that happened?

MADDESYN GEORGE: Horrible or like just like, "Oh fuck." I was like, oh no. I don't know.

DAVID LABOUNTY: So I see you're wearing one earring. Do you know what happened to your other earring?

MADDESYN GEORGE: It must have been when he tried to scuffled around with me or something.

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: Because when he walked up, you know. It wasn't like fucking, he was being all innocent, you know. He was trying to . . . He grabbed my hair again. That's why it was all fucked up.

DAVID LABOUNTY: Okay. Do you remember when the police officers came?

MADDESYN GEORGE: Yeah. Yeah.

*United States v. Maddesyn Danielle George – Transcript of Custodial Interview*

DAVID LABOUNTY: Okay. Do you remember anybody else that was there that saw this happen?

MADDESYN GEORGE: I don't know if Shannon saw the actual shot, but she saw what happened before the shot, or you know.

DAVID LABOUNTY: Do you know where Marty was at?

MADDESYN GEORGE: I think they was behind those houses. Like, they weren't around that area, though.

DAVID LABOUNTY: Okay. Or DP?

MADDESYN GEORGE: No, they weren't.

DAVID LABOUNTY: Okay. Okay.

MADDESYN GEORGE: It was just me. We were just sitting in the car and everyone else was just off doing like, I don't know, flailing out, I guess you'd say.

DAVID LABOUNTY: Do you remember if you tried to leave?

MADDESYN GEORGE: Who?

DAVID LABOUNTY: You.

MADDESYN GEORGE: I thought about it, yeah. I was just kind of like walking, pacing through the yard like back and forth in the driveway to, you know, the neighbor's yard. I was like, "Can anybody help me. I don't know what to do." Like, "Fuck, what do we do?"

DAVID LABOUNTY: Right. Did you check on Buddy?

MADDESYN GEORGE: Yeah.

DAVID LABOUNTY: How'd you do that?

MADDESYN GEORGE: [pause.] I looked. [pause] I seen that he wasn't standing up anymore, so I walked down the car and he was on the ground.

DAVID LABOUNTY: How was he on the ground? On his back, on his face, on his side?

MADDESYN GEORGE: Like his shoulders.

DAVID LABOUNTY: He was on his shoulders?

MADDESYN GEORGE Well, like he was like this.

*United States v. Maddesyn Danielle George – Transcript of Custodial Interview*

DAVID LABOUNTY: Did you say anything to him? Was he trying to say something?

MADDESYN GEORGE: I don't think so. I don't know.

DAVID LABOUNTY Okay. Did you touch him?

MADDESYN GEORGE: No.

DAVID LABOUNTY: Okay.

MADDESYN GEORGE: Hell no.

DAVID LABOUNTY: Okay. Do you have any questions? Okay. I don't have any more questions for you. Is there anything that you can think of that I didn't ask that you think is important to this?

MADDESYN GEORGE: I can't even think right now.

DAVID LABOUNTY: Yeah, that's understandable. Okay. Well, I'm going to go and turn this off.