1
2  Stephen T. Graham
   steve@grahamdefense.com
3  Law Office of Steve Graham
4  1312 North Monroe Street, Suite 140
   Spokane, WA 99201
5  Tel: (509) 252.9167
6
7
                    **UNITED STATES DISTRICT COURT**
8                  **EASTERN DISTRICT OF WASHINGTON**
                              **AT SPOKANE**
9

10  UNITED STATES OF AMERICA,           No. 2:20-CR-153-RMP
11       *Plaintiff,*
                                         **DEFENDANT'S WITNESS
12  v.                                   AND EXHIBIT LIST FOR
                                         SENTENCING**
13
    MADDESYN DANIELLE GEORGE,
14
         *Defendant.*
15

16      Comes now, MADDESYN D. GEORGE, by and through her attorney,
17  Stephen Graham, and hereby respectfully submits the following list of witnesses
18  and exhibits for her upcoming sentencing.
19
20                              **WITNESSES**
21
      1. **Jody George.** Ms. George is the mother of Maddesyn George. She will
22
         speak to the concerns that she had when Maddesyn George started to
23
         spend time with Mr. Graber. She will testify that Mr. Graber had
24
         previously assaulted Maddesyn George's older sister. She will testify as to
25
         the physical violence Maddesyn George sustained in her previous
26
         relationships growing up. Jody George will testify that around the time of
27
         the shooting, her daughter wasn't able to live with her because Jody
28  **DEFENDANT'S WITNESS AND**              1
    **EXHIBIT LIST FOR SENTENCING**

George and her husband were in a high-risk group for Covid-19 and had to isolate themselves.

2. **Shannon Edwards.** Ms. Edwards will testify that she was with present the day Maddesyn George shot Kristopher Graber. She will testify that Maddeseyn George complained to her about being sexually assaulted by Kristopher Graber prior to Mr. Graber arriving on the scene that day. This was prior to Ms. George ever needing a justification for any use of force.

## EXHIBITS

1. **Photograph of Maddesyn George.** This photograph, from July 2020, depicts Ms. George in her actual condition and size from the time of her arrest.

2. **Photograph of Handcuffs from Mr. Graber's bedroom**. This photograph, from July of 2020, depicts how Mr. Graber had steel handcuffs bolted to the wall beside his bed. Of the hundreds of photographs taken in this case this is the only this photo that depicts the handcuffs in Mr. Graber's room.

3. **Photograph of Maddesyn George's**. This photograph depicts bruises and injuries that Maddesyn George sustained as a teenager from the hands of her boyfriend at the time. Her mother Jody George took the photograph. This photo pertains to the abuse that Jody George describes to the probation officer.  See PSIR Pg. 32 - ¶176. At sentencing, Jody George will explain that this abuse was a turning point in Maddesyn George's life, and that she thereafter spiraled into drug addiction and struggled with

DEFENDANT'S WITNESS AND      2
EXHIBIT LIST FOR SENTENCING

post-traumatic stress disorder, all despite the efforts of her parents to try to help her.

4. **Disciplinary Records of Sheriff's Deputy:** Maddesyn George did not report the sexual assault to the police for a number of reasons. One of the reasons was that she did not feel comfortable going to the local sheriff's office because she had been the victim of unwanted attention from one of the deputies in the past. The deputy had been unduly friendly toward her in the past and he seemed to monitor her. Unbeknownst to Maddesyn George, at the time, the deputy was being investigated for similar behavior with at least one other local female known to the court system. The records in this exhibit were obtained by Maddesyn George's lawyers through the Washington Public Records Act.

5. **Audio Recording of Police Interview Describing Rape by Mr. Graber.** This audio recording was done between Detective LaBounty and Officer Marchand and Maddesyn George. She described having been sexually assaulted by Mr. Graber. The interview takes place immediately after her arrest. We feel that it is important for the court to listen to the recording rather than to just read the transcript. This exhibit is already on file as ECF 69.

6. **Transcript of Interview of Mary Graber.** This interview took place between Detective LaBounty and Mary Graber, Kristopher Graber's mother. She describes Maddesyn George in positive terms, including being respectful and being helpful around the house.

7. **Police Report from Drug Arrest in Okanogan County.** This report is a public record that shows that Maddesyn George's involvement in drug offense was rather limited. The matter is discussed in PSIR Pg. 24 - ¶113.

DEFENDANT'S WITNESS AND
EXHIBIT LIST FOR SENTENCING

3

DATED this 22nd day of September, 2021

*s/* Stephen T. Graham
Stephen T. Graham, WSBA #25403
Attorney for the Defendant
Law Office of Steve Graham

DEFENDANT'S WITNESS AND
EXHIBIT LIST FOR SENTENCING                 4

CERTIFICATE OF SERVICE

I hereby certify that on September 22nd, 2021, I electronically filed the Defendant's Witness and Exhibit List with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following: Alison Gregoire, Assistant United States Attorney, and Richard Barker, Assistant United States Attorney

*s/* Stephen T. Graham
Stephen T. Graham, WSBA #25403
Attorney for the Defendant
Law Office of Steve Graham