Exhibit 2

Your honor, Ms. George,

First of all Your Honor, I would like to thank you for taking the time to hear our side, to know a little bit about our feelings for our son Kristopher.

Ms. George, I really don't know what to say to you, right now I feel tremendous hate towards you, as it is the same for my husband, Kristopher's father. He fears what he might say, so he thought it better that I get up and speak for both of us. His heart is broken, our hearts are broken beyond repair. You took our son away.

Your Honor I would like you to consider the fact that there were many people that loved Kristopher. We called him Buddy. This was a nick name his father gave him when he was born. I first met Buddy when he was 13. A very handsome young man, with the biggest brown eyes and smile you would ever see! Hyper as all get out, always busy doing stuff that young teenage boys loved doing. Building tree houses, riding dirt bikes, camping and fishing. A young kid with a mind of wonder. Always wondering how things worked. He was very good at tearing things apart just to see how it worked, and just maybe he could get it to work better, faster, stronger. I thought someday he would grow up to be some sort of engineer. But, alas, that did not happen.

Buddy (Kristopher Graber) had two lifestyles tugging at him for many years. One lifestyle was us doing what we could to keep him on the right path to go to school, stay out of trouble, grow up and become a productive young man. The other lifestyle, which eventually won, get high, life is short. As hard as we tried, we just could not keep him focused on what he should do. He chose the life drugs. Believe me when I say we tried. I myself even spent 3 days in a rehab center with Buddy when he was 15. He himself chose to go to this rehab, at this time he wanted off the drugs, I went as his parent, along with his big sister Amanda, to be supportive. We all wanted the best for Buddy.

I want you to know that we never gave up on Kristopher, we continued to try our best to help him. Each time he would get arrested, he would get sober and swear he was done with the drugs. But that addiction just seemed to consume his mind. We still always had hope and prayed that someday he would beat that addiction and come home, like the prodigal son. Someday we could all celebrate his new life as a sober loving son and father. Ms. George took this from us. Ms. George took away any hope that we as parents had, any hope that his daughter Jordin had, that someday her dad would sober up and want to be a daddy to

her. Jordin adored her father. I could go on and on about the side of Kristopher Graber we loved, the side we knew was there, and how we prayed that the good side of our little Buddy would win.

I can also tell you there were people, like Ms. George, that liked the bad side of Kristopher. The side that they liked, was his ability to get them the drugs that they too were so addicted to. That is why people like Ms. George hung around Kristopher quite often. They could count on him to provide. They would encourage him to continue doing what he did because he was a good provider.

I personally did not know Ms. George, this side of Buddy's life we tried to avoid. Now I have heard stories, many from Kristopher himself, of the bad things he was guilty of doing. But one of them was never rape. I do not believe this story. Even in Buddy's darkest days I do not believe he would of ever stoop that low. He had quite a few girlfriends that enjoyed Kristopher's company; I cannot believe he would ever have to take a woman by force. Not saying he was by far the perfect partner, but a sexual predator he was not. Never was he ever arrested for sexual assault. I am disappointed that Ms. George would use this as a defense. As a way to try and make people feel sorry for her and excuse her behavior. The fact of the matter is that if she was truly assaulted by Kristopher Graber, she could of reported it to the police right away, he would have been arrested and my son would still be alive! I do not buy into the story of the poor "Indian Girl" assaulted by a "white man." You, (Ms. George) were a friend. You stooped low, way low and took a man's life, all for drugs and money.

I ask you, your Honor to please sentence Ms. George to maximum sentence allowed. At least she will have a very long time to sober up and come to the reality that she damaged more than just her life, her child's life, but our lives, and Jordin's life. Kristopher's little girl. She shattered all of our dreams, hopes and prayers.

You, Ms. George, my hope and prayers would be that you seek the help you need to stay sober when you eventually get out of prison. At least you have that chance. The chance to see your child again and try to be some sort of parent or grandparent in the future. For this is something else you stole from Kristopher besides just money and drugs.

Joyce Purdy
Stepmother to Kristopher Graber

Your Honor,

We are here today because Maddesyn George IS, and Kristopher Graber IS NOT!

My name is Rainy Graber. I am the niece of Kristopher.

 I have sat and thought many days since this has happened and thought to myself, why?! Why my uncle? He was the only male figure that I had in my life. When I was growing up, I didn't have a male figure in my life. I never had a dad, brother, or man figure. BUT I did have one hell of an uncle, that Uncle was Kristopher Graber. Kristopher went by his nickname, Buddy! To me he was always Uncle Buddy! To be honest, he was the most solid person I had in my life.

The year of 2020 was a very crazy year for me, I was in the process of moving back home to Omak from Tacoma.  I remember not having anywhere to stay while moving home. My grandma's house had only two bedrooms and that's where Uncle Buddy lived. I was very home sick and missed my uncle. I called him bawling telling him I needed to come home. I need him and I need my grandma. Of course, he said come home, give him some time, and let him figure something out. It wasn't even the next morning he called me to say, "I'm going to build you a room in the shed, yes the shed." Later that day I got a call from my grandma wondering what was going on. She is asking, "why is buddy starting to build a room in my house?" When I told her it was for me, and I was moving home, then everything was okay. Uncle Buddy said it was too cold for me to be in the shed so of course he took the room he built, and I got to be in the house!

He was the most giving person to the people he loved most. His number one person in his life was my Grandma Mary! She truly was his pride and joy. He did everything he did, for her. Grandma was always so thankful to have him there to help her.

I remember picking him up from prison in Tacoma and the drive back home to Omak. We listened to 2pac the whole way and it was the same song on repeat (he listened to one song, and it was on repeat for the next month) The song was Dear Mamma. He told me this is his song to grandma; she is my one and only! He must have said it a million times that night. I have always been a grandma's girl so we would butt heads like crazy. We would get so jealous of each other. He thought he was the favorite! I always knew I was the favorite.

None of that mattered, what mattered was that either one of us would have dropped anything in the world to help and make sure grandma Mary was okay. Although Buddy was not there for his two beautiful girls much, he wanted to be there for them more than anything, He loved and respected my grandma Mary. Buddy would often tell me how much he wanted out of the drug life, he wanted to be normal, he just couldn't figure out how to let the drugs go. He wanted to be that dad those girls deserved, to give them the world. I knew eventually he would get out of the game, give up the drugs and be there for his girls. Unfortunately, He will never get to have the second chance he deserved! The chance to turn his life around! To be a dad like he dreamed about for so long. He will never have a real job, showing his talents and learning new trades.

Uncle Buddy left on not-so-great terms with his father and that opportunity was taken away from him! So therefore, not getting to build and create a relationship with his stepmother and step-sisters.
You know My Uncle was so full of life and had such big dreams. Dreams as big as getting out of Omak and going on awesome family vacations, travel the world, and share it all with his family. He just wanted out of Omak no matter where he ended up. I wish he would have just left because maybe he would still be here today. He was the glue that kept our family together. He paid the bills, made sure we had food, and we were never cold. He always kept a working car to drive to get to school, work and the store. He always took pride in his cars and street bikes. I found it funny because he would always try to one up everyone around him, maybe to prove he could do it on his own, or because he knew he could have the

*best. This is where everything went wrong, he had the best of the best. The nice cars, nice bikes, TVs, speakers, tools, and everything else you could imagine. If you ever needed something, everyone knew Buddy had it.*

*This is where, I believe, Maddy got to take advantage of him.*

*Your honor, Maddy was a friend to Buddy. I didn't like any girl that came to my house. I thought they were all disgusting. How they treated my grandma, how they treated our house. All of them were plain dirty, gross, disgusting people.*

*Maddy, she was different. She was kind, friendly, and my grandma liked her. So much that she made her a blanket (my own sisters have not even gotten a blanket from her). Grandma wouldn't do that for just anyone. My grandma took to her.*

*Two days before the murder Maddy was at my house in the shower, my grandma doesn't let anyone just shower in her house. Grandma has the worst O.C.D. anyone could imagine. Again, Maddy was just different.*

*The morning of <u>July 12th</u>, I was in Tacoma, scrolling through Facebook. I read an article, "someone shot in third Hud", not thinking it could ever be my family member, I kept scrolling. It didn't even cross my mind until the calls started to roll in. Everyone asking, saying, shouting, crying, "Your Uncle got shot!!" When the shock cleared enough time for me to comprehend what they were saying, I got in my car, picked up my grandma and we were on the road to Omak.*

*The whole car ride was silent, no words other than why?!*

*That is my question today for you Maddy... why?!*

*My question is, Why?*

*Did you not appreciate all the "stuff" Buddy did for you, bought you, and provided for you?*

*The horrific accusation that he raped you, we both know that accusation is false. Who are you to use his name and think I would in a million years let my uncle go down as a rapist? He might have been many other things, but he was never a rapist. Let's clear that lie up!*

*Maddy, I want you to think of Buddy every day for the rest of your life. Every time you get to talk to your daughter, think of him! When you write that letter to your mom, as she writes back, think of Buddy. My grandma doesn't get to write her son back. All those friends that rally behind you and you can call or write think of him, because none of his friends get to hear his voice or write him back again.*

*Maddy, my uncle is dead because you murdered him out of Greed!*
*You murdered him out of selfishness, your drug addiction meant more to you than a man that called you a friend. A man that took care of you.*

*You do not deserve a second chance in this world. My grandmother will never get a second chance to hug her son. His daughters will never get a second chance to hug their dad.*

*I hope you sit behind bars for the next 17 years and think every day, I took someone's life. I killed a father, a son, a brother and you know what...YOU killed MY uncle!*

*Close your eyes and listen to your daughter's voice, your mothers voice, or any friend or family's voice when they call. Remember their voice, as we will NEVER get to hear Kristopher Graber's voice again. We*

*will never get to cherish his smile, his laugh, or his presence ever again. You robbed us, robbed our lives, and our hearts when you shot and murdered him.*

*Your honor, this woman deserves to sit the next 17 years in prison and think of the life she took. There are only two facts in this whole case and that is,*

*Maddesyn shoots Kristopher and Kristopher is dead. She cold heartily took his life.*

*My grandma and I have had to struggle every day, week, and month to make sure our rent is going to be paid, are we going to have food on the table, or if our lights will be on day to day. Money is tight, especially since my uncle was the main source of income. He made sure we were going to be okay. Not only do we struggle financially, but emotionally and physically with him.*

*I want to touch back on one thing, that is this, Maddesyn and her family have slandered my uncle's name and character so badly through the media, social media, and all over our small town. A small town where everyone knows everyone. I have been stopped and asked many times if I was related to Kristopher Graber, Is he the one who raped Maddesyn, did he rape her. Obviously, we share the same last name. I have to clarify that is one hundred percent not the truth. Everyone that knows my Uncle Buddy knows how false that accusation is. I want her mother to tell the media the truth that Maddesyn was never raped, and that it is a false allegation towards My uncle. I want Maddesyn to own up to what she did wrong and the lies she told.*

Lastly your honor,

He, my uncle Buddy, had finally shed the last of his 9 lives. The invincible Buddy Graber!!

Cliff-jumper, spill-way surfer, K9 out-runner, rattlesnake hunter, dirt bike racer, mountain climbing, and trailblazer had met his end.

But I'm here to say this isn't where his story ends. The newspapers and police officers, the judges and his arrest-record are NOT his story.

I'll be damned if he is remembered as
Just a drifter without a path
Or just an addict without a past
For us, he was more than that, we was family.


*Thank you,*
     *Rainy Graber*

**Acknowledgment by Individual**

State of North Carolina

County of Lee

I, Christy Atkinson do hereby certify that Roberta Joy Staggs _____ personally

Appeared before me this day and acknowledged the due execution of the forgoing instrument.

Witness my hand and official seal, this the 27 day of April , 20 21 .

_____ (Official Seal)

Christy Atkinson

Notary Public

My commission expires April 30,2023



Roberta J Staggs



April 23, 2021

RE: Kristopher Paul Graber
Letter of character of Kristopher Graber.

To the Honorable Presiding
Judge,

My name is Roberta J Staggs. I am 47 years old. Colville Confederated Tribe # ███. My birthday is ███ 1973. I live in Lillington North Carolina. I have 2 grown daughters and 3 grandchildren. I do not work and am on SSDI as I am diagnosed with ████████ among other physical issues.

I am writing you this letter as it pertains to a dear friend of mine Kristopher Paul Graber that was murdered June 12, 2020 by a Maddesyn George in Omak, WA. I first heard of his murder from a mutual friend of mine and Kris's. Mitch Harry. Mitch had sent me a conversation on FB that explained Kris has been shot at what is known as 3rd Hud. In Omak, Wa.
After hearing this I immediately messaged Lisa Graber to confirm this to be true. At that time she had not known yet. She was busy talking to someone else at the time and told me she would call me ASAP. Later then she did confirm that Kris had been shot and killed. After that we had not talked of his murder but in short and speedy conversations. She was obviously busy trying to tell family and find out what has happened. After some time went by I had decided that I did not want to find out what happened and all of the details. I assumed that whom ever murdered him would be caught and held accountable. I did not want to know all of the details as I wanted to remember Kris just as he was the last time we had seen each other. I did not want to see him with a bullet through his body. I did not try to contact Lisa or any other family or friends as I had already knew he was gone and that we would never be able to see one another again and no amount of information would change that. Ever since that day my choice to not know the details have remained. Until April 12, 2021. My sister Sandra Lorenzo has tagged me in the comments section of a posted article in the Facebook page for the "Colville Confederated Tribes." The article posted was headlines "Colville Tribal member Maddesyn George awaits May 6 trial in federal court."
I was very very sad to hear of his passing many months ago and was super sad to be reminded but I decided to read the article anyways to find out more of the details of his murder. I was very very upset that he is also being accused of raping Maddesyn George the night before his murder. I was in shock to read this information. I immediately messaged Lisa Graber and asked what the heck was going on and did she know. She responded that "yes" she knew that Maddesyn George is claiming that Kris had raped her.
This is when and how I found out of the accusations toward Kris or I would have already wrote a letter of character on Kris's behalf . I had just wanted to remember him as he was before his murder. Not dead and lifeless.

I have known Kristopher Graber for many years and dated him exclusively for around 7- 8 of those years. We met at a NA meeting in Omak Washington. We have remained friends up until his murder. We had not been in close contact since I moved to North Carolina about 6 years ago but nevertheless I always knew we would see or talk again as I am very close with Kris, his mother Mary Graber and sister Lisa Graber. We are family. I call Mary "mom" and Lisa "sister."

Kris and I had a few moments on the phone verbally and through texts since my move but we were definitely going in different directions in life and had lost contact more and more, but again I always knew we would talk again, at least I thought.

I understand the severity of this case and the charges brought up on Maddesyn George. I also understand that Kristopher Graber had a lengthy legal past and was in violation of court at the time he was murdered. I know that in a lot of ways one might assume or conclude that one is guilty just because of ones past or current legal issues. That should not be the case.

What I do know is that Kristopher Graber was not a rapist.

Kris had many many things about him. Some good. Some bad.

Kristopher Graber had fought with his addictions for many years and at one time while we were together he and I were clean for 4 years together.

He had wanted so many times to stay clean and sober. He just couldn't seem to grasp a hold of his addictions. I would have to say that I know Kris in different ways then most people do as we did have the 4 years clean and sober together and another 3 or 4 years in active addiction. After we started to use again we just couldn't keep the relationship going. Active addiction has no room for a relationship. That's just the way it is. We were on and off again for the last 2 years of our relationship. Finally we both moved on and into different relationships but all along remained friends. I always knew if I needed anything that all I had to do is call Kris.

Kristopher was one of the most humble, loving, caring and one of the best friends you could ever ask for. He always wanted to make sure that all of your needs and wants were met. He never wanted you to go without. Not just with any physical material things but wanted to make sure you knew you were loved and that you mattered. He always made sure if you were hungry that you had something to eat. If you were cold you had a sweater or blanket. If you were thirsty you had a drink. I could go on. I could go on.

Today I was on Facebook and my sister Sandra Lorenzo had tagged me in a article regarding Maddesyn George and Kristopher "Buddy" Graber and was completely shocked to see that she had claimed that he had raped her the evening before she murdered him.

I without hesitation or with out a doubt know that Kris would never ever rape Maddesyn George or any other woman. He would never ever even think to do such a crime.

As stated above Kris was many things about him, good and bad. I am aware of some of the other charges of his past and the open charges he had at the time of his murder. In simpler words, I know Kris has been incarcerated many times. I know Kris was a imperfect human being. I know Kris was a horrible boyfriend at times. I know Kris had a horrible unforgivable addiction. I also know that Kristopher Paul Graber is no rapist.

Kris had many women in his life. His daughters, his mother, his sisters, his nieces and many women friends and would protect any one of them without hesitation. He grew up with his Mother and sisters and his step mom and had very close relationships with them.

I do not know why Maddesyn George would claim such unforgivable horrific crime upon Kris Graber. I whole heartedly without a doubt know he is innocent of the crime of rape. He was not that type of human.

Kris under NO circumstances would rape Maddesyn George or any other woman, ever.

I had read the article in the Tribal Tribune on April 21, 2021 about Maddesyn George's awaiting trial story and instantly knew I had to write this letter. Kris is not alive to defend himself so I have a duty to him as a friend and a loved one. To tell the courts that I absolutely 100% know Kris is

not a rapist. After knowing Kris for so long, you get to know a person. We have known each other for around 20 years or so. We had a lot of up's and down's. We helped each other after our splitting. He even came to live with me for a little while a few years ago because he didn't have anywhere to go at the time. I lived in Riverside Washington at the time.

I continued my relationships with his mother and sister for many years after our splitting. He was happy that I was friends with them and didn't say one word about it. He understood that they were my family.

I do not know anything about Maddesyn George. I have never met her. I know very little about the case except that she murdered Kris because she was scared and claimed he "raped" her the night before she killed him. I know as stated in the article in the Tribal Tribune that she admits to stealing a gun and drugs from Kris. I also know that there was $10,000 of Kris's money that was never mentioned to the police. I know that if I stole gun, drugs and money I would be scared too. I don't know anybody that wouldn't be. Whether it was Kris's items or anybody else's items, one would have clear reasons to be scared. This is a feeling that would be natural to feel if you were responsible for taking somebody's gun, drugs and money.

In my honest opinion Maddesyn George is claiming rape as a cover up and excuse to get away with murder. You could talk to anybody who knew Kris and they would tell you he is not a rapist. I really hope and pray that it is taken into consideration that this murder was all about stealing $10,000., a gun and drugs. Claiming rape is the only way out of murder that Maddesyn George has, to get away with murder.

I'll say this about Kris,

Kristopher Paul Graber was a father.
Kristopher Paul Graber was a son.
Kristopher Paul Graber was a brother.
Kristopher Paul Graber was a Uncle.
Kristopher Paul Graber was a friend.
Kristopher Paul Graber was a drug addict.
Kristopher Paul Graber was and is loved by many.
Kristopher Paul Graber will be missed tremendously.
Kristopher Paul Graber did not deserve to be murdered.
Kristopher Paul Graber is no rapist!

Kristopher Paul Graber didn't deserve to die for drugs and money or any other reason. No one person has the right on this earth to decide when and how somebody should die. If you murder a person you should be held accountable for doing so. Even more so if it was because of pure greed and self need.

Kristopher Paul Graber is no rapist.

I have thought about these facts. From a woman to woman point of view. I am a big supporter of women sticking together and always believing another woman when she claims she has been raped. Rape is a very tragic, scary, unforgivable event that does not ever go away. Kris and I have had conversations about rape. These conversations came about when seeing news programs with "Rape" headlines or watching tv and some show or movie where there was a woman being raped as part of the "Story." We have watch a lot of documentary's for example "Ted Bundy" and he has always said "I don't understand why a guy would rape a girl," He said there are so many women on the earth that it would be so easy to get someone to sleep with." He also has stated "why would someone rape someone???"He said "I would even pay for sex before I raped a woman." He obviously didn't even understand what "rape" was usually about. Control. Kris had

never thought that women being raped was a "joke" or "something to be lightly" or in any way okay to do to another human being. He had always stated to me that it is "sick," "disgusting," "horrific," and that "a person who would do that to another person should be held accountable."

I really hope that Maddesyn George is held accountable for the murder of my friend Kristopher Graber. Kris did not deserve to die by the hands of another. Kris Graber is no rapist.

In my opinion Kris Graber was murdered so Maddesyn George could have the $10,000. and the drugs and gun that was all stolen from Kris. Please make Maddesyn George accountable for the murder of my friend Kris. He deserves to have the person responsible for his murder bel held accountable and put in jail. All of the other charges he was facing in courts and his past history has nothing to do with him being murdered. He should be alive today. He should be alive to tell his side of the story. He should be alive today to clear his name of rape because he is no rapist. He should be alive today to be able to defend himself. He should be alive today, just to be alive.

Thank you for reading.
May there be justice for Kristopher Paul Graber.

Sincerely,
Roberta

Roberta Joy Staggs  4/27/21

Your Honor-

I'd just like to shed some light on character of both Kristopher Breakee and Madison George.

Just a little background Kristopher aka Buddy and I have been friends for almost 30 years and I have also known madison for approx 6 years. Even residing together @ one time.

Buddy is the furthest thing from a Rapest. Makes my stomach turn to even hear anyone put those two words in one sentence. I know most of Buddys family as well. Buddy was like a brother to me. He was goofy, free-spirited, honest I got-gotten and a provider. I was always able to

go to him for help no
matter what. He even
took care of my daughter
while locked up.

Buddy isn't a Rapist,
he's the one you called
if anyone did you wrong,
put their hands on you,
etc..

Madison on the other
hand has always been
a creepy, liar, thief
narcissitic dope whore.

Sadly buddy thought of
her as a real friend. many
of us warned him but,
he always seen the
good in everyone.

I'll never forget the am
I got the call. I had
to go into my daughter's
room and tell her. she
fell to the ground and

blamed herself for coming home. She'd been staying with Buddy (her Dad/Best friend figure) days before. What I know she cried about was the fact madison kept trying to see the safe cable pays prior & she had warned Buddy.

Buddy was not a man that needed to rape any woman, he was a man who had no throw out lots of woman that just threw them selves at him.

I know from experience madison's Ammo is to rob someone & stand behind her ex for protection this time she couldn't.

This was a pre meditated Robbery & cold blooded murder. She took someone



very special to many People and Buddy deserves the truth be told. He was a great man Of Honor.

Her life should be taken like she took his.

Sincerly
mary Smith

Sent from my iPhone

Kristopher Paul Graber the man I called my husband he had a good heart he was fun to be around a very outgoing person who loved and cared for his mother and niece. He always had his hand out to help others, whether it was to someone needing a place to stay and lay their head at night or someone needing $5 for milk. Kris was always helping someone who needed a hand.      On the day of July 12th 2020 I got a phone call that turned my life upside down, the person on the other side of the phone told me that my husband had passed away. All I could do was scream as I fell into a thousand broken pieces. I lost my best friend, the one person who was always there when I needed him, has now been ripped out of my life at the blink of an eye. All of this for what? A few $1,000, and your next fix. This is how you repay someone who only tried to help you when you had nowhere to lay your head or shower. Many times I was there when Kristopher Graber opened his home to you, gave you a safe warm place to sleep, Fed you, and let you shower. He gave you money and helped you fix your car. He was nothing but good to you. Kristopher's family welcomed you into their home and for you to turn around and betray them was so heartbreaking. I feel very strongly that Miss George should get the max sentence for her crime so she can't hurt anyone else or rip apart another family like she has done to our family. Thank you for your time.

Sincerely Cassandra Vandever (wife)

To whom it may concern:

My name is Mary Rebworth. I have known "Buddy" for about 7 years. I have not known of Buddy to be violent in any way, especially to women. Throughout the time of knowing Buddy I have seen him with several different women and he has not hit any of them or abused any of them. And being his friend and being a woman myself I have made Buddy mad a time or two and he has never tried to hurt or threatened to hurt me in any way. As far as I know. Buddy is a very kind and loving person. Or was a very kind and loving person. He was a great guy. And a great friend. It's a shame that we all had to lose him to such stupidity. He will be missed.

Thank you.
Sincerely your friend,

Mary Rebworth

September 29, 2021

Kristopher Graber was and forever will be the man that would take his shirt right off his back if it would help you. Ever since I've known him he's always been helping people, he'll give you money, he'll give you food, give you a place to stay, whatever it was if you needed it he'd give it to you no questions asked. He always liked to laugh and have a good time. He was the life of the party that's for sure, he was always cracking jokes not trying to be serious just living life. Now that he's gone there's like an empty space in this world he made an impact on anyone that he ever met for sure. I know that he's missed by so many people. So do I think that Maddesyn George should get the maximum sentence? Yes, because all Kristopher Graber ever did was help her whenever she needed it and gave her a place to stay whenever she needed it and it was like it was all for nothing. I'll miss Kristopher Graber forever, it wasn't his time to go so for her doing what she did she should definitely get the maximum sentence. Thank you for your time.

Sincerely,
Chantelle Mendivil (friend/partner)



Dear Honorable Judge

The worst part about all of this is Christopher genually cared for the woman who took his life. I reamber so many times when Maddy would be fighting with her boyfriend, who would physically abuse her, Maddy would look to Chris for protection whom would always be there. After all those times of Chris being there to "save" her its shocking to me that she was the one to take his life.

For Maddy to claim that Chris raped her is absurd. I can't tell you how many times I have slept in the same bed as Chris and NEVER once has he made me fill uncomfortable or tried to make any kind of advancements towards me. He was my safe place for so many years.

I have known Christopher for 7+ years And Chris was a Honest, Respectful, Loving, And Careing Man. He cared so much for his family and friends and would do anything to help and to just be there for any one in need. To put rape on his name is completely out of line, He does NOT deserve that.

To say that he will be missed is an understatement, We didn't just lose an Amazing Friend, Father, Uncle And Son We lost A Good Man.

Erin Phillips.



 
To: Whom it may concern, and members of the court room.
RE: Kristopher Graber


I have known Kris for many years now, and although he is known by the judicial system, and law enforcement personal, as an outlaw, or repeat offender. He was known to many of us a dam good man. He was a son a brother a father, a friend, and someone you could rely on if you needed help. When we met we went on a couple of hikes togeather and he would always stop to see if I needed a hand over big logs and rocks, or if he needed to slow down. He constantly was making sure I was comfortable wherever we were. Never once did he make any unwanted advances or try to force himself on me. The type of life Kris led pretty much gave him the choice of what woman he would like to be

with. I have seen many of females asleep on his bed that he let get some much needed rest, because they didn't feel safe where they had been. Never once have I heard anything about him being inappropriate with any of them. He always showed me the utmost respect any time I was around him. Just because he chose

   

the life of an outlaw, doesn't mean there are no morals intact. He refused to let people walk all over him or his family, because his morals were intact. He despised child molesters and rapists, he saw them as the weak praying on the innocent. Never in a million years would he even think of doing such a thing. As judges or law enforcement you read what's in front of you but never know the man only his crimes. It's a shame . I would hate to see his name be tarnished for the crime of rape, because anyone that knew him, would tell you that he would have put his own life in danger to help someone

that was in that type if situation. I plead with the court not to put this terrible allegation into consideration. This never would have took place.

    Sincerely

    Ronni Sandoval

To Whom It May Concern,

I've known Kristopher (Buddy) Graber for close to 20 years. We've been good friends with him for 10 - 15 of those years. What drew me to Buddy was his sense of humor. He was funny and always joking around. He loved to be around people. I could talk to him about anything and always kept my confidence. While giving me his take on whatever situation I might have been talking with him about. I could trust him with my thoughts as well as

any property or person I might have or have in my company. Buddy was quite the ladies man the last few years I knew him. There were plenty of females in and out of his life and his bed. He could have his pick. Buddy and I's friendship was just that, friendship. He was one of my best friends. Buddy was also very compassionate and caring. He would help almost anybody in need. From bailing someone out to helping them pay a bill. He believed in karma and paying it forward. I've seen him give someone the shirt off his back, literally.

If you were hungry he fed you,
If you needed a place to stay he'd
let you sleep on his couch. A ride,
he'd be right there. If he believed
you were family or close friends,
there was nothing he wouldn't
do for you. Buddy loved hard and
he loved forever. When he started
having Maddyson (Maddy) George at
his house I knew something bad
was going to happen. Trouble just
followed that girl every where.

I met Maddy when she was dating
another friend of mine. I saw her
manipulate and lie to my friend.
She would play games with his

head. Very calculating. She would think it was funny. I would see her with different men at different places, while still dating my friend. In a span of about a year she and my friend broke up, she went from man to man to man, sleeping with them for money and drugs, until she ended up pregnant by one of them. She even admitted there were several possibilities as to who the father was. I told Buddy this as well as she would steal from these men. I didn't think it was in his best interest to have he that close to him. But Buddy ga



every one a chance. So she stayed at his place, in his room with him. This went on for a time before her true colors came through. Buddy kicked her out after discovering that she was stealing from him and sleeping with other men. Maddy then had her baby and worked herself into Buddy's good graces and wound up back at his place for a few nights before she robbed him of everything and left. She bragged to people about what she had done. She Buddy as a meal ticket, a free ride. She is where she belongs. Buddy isn't here to defend himself and I believe Maddy has taken full advantage



I just want justice to be done for everyone involved.

Thank you
Sincerely
Annie Scraggins

To whom it may concern,    Oct / 2021

I couldn't believe what I was hearing when I was told that Maddy was claiming to be raped by Kristopher. I was very confused knowing the history between them both. And haven known Kristopher (Buddy) now almost all my life. 30+. those years I was in a relationship with ~~████~~ him I met him when he was ~18 yrs old and Instantly fell in love. We were inseperable spent everyday with each other we both had a love for the outdoors and camping and fishing. We were always doing something. We had our problems just like any normal relationship but I can truthfully say that Buddy never once raised a hand at me or did anything pertaining to our sex life that made me uncomfortable in any way ever! He was one of the most gentle and loving men I'v ever been with. So when I heard about these accusations I was totally thrown back because it is so far from the truth of who he was it sickens me. That this woman is able to destroy the character of Kristopher with lies on top of lies. She already killed a man that meant everythin

to me and thousands of the
others, she can't just let the
man rest in peace. Instead
because she doesn't think he
should pay for murdering another
human being that did not deserve
to die. She came up with this
horrible lie to lessen her years
behind bars. Its not hard to see
this woman is a cold hearted
killer and would probably do it
again given the chance. This was
over Jealousy and greed no more
no less. I'm on my hands and
knees begging the court just
to do what's right and make
sure she's not able to take anyone
else's son, father, friend away
in such a brutal violent way.
Buddy told me 2 yrs ago that
if we weren't married to anyone
by the time we were 50 that
wed move in together and take
care of each other grow old
together. Maddison took that
away forever - for what?
Kristopher Paul Graber deserves
justice please give it to him!

Thank you
Sincerly Lynette
Lynette Washington