FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MADDESYN DANIELLE GEORGE, also known as Martha Ruthless,<br><br>Defendant. | NO: 2:20-CR-153-RMP-1<br><br>ORDER TO SHOW CAUSE |

In anticipating the sentencing hearing in this matter and considering, specifically, the Government's pending Motion for Order for Writ of Habeas Corpus Ad Testificandum, ECF No. 121, the Court finds that it is lacking information critical to its decision-making. Accordingly, the parties shall inform the Court regarding the following subjects, to the best of their abilities, **by October 19, 2021**:

- FOR THE GOVERNMENT ONLY: a proffer regarding the relevance of Cara Campbell's anticipated testimony, and the testimony of any other

SHOW CAUSE ORDER ~ 1

detained witness the Government intends to call, to any issue that the Court must decide;

- FOR BOTH PARTIES: the COVID-19 vaccination status of the parties, counsel, and all anticipated witnesses.

- FOR BOTH PARTIES: the ability of each anticipated witness to testify remotely by video conference, with assistance from the Court regarding logistics.

- FOR DEFENDANT ONLY: whether Defendant objects to witness testimony of any witness by video conference.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** October 18, 2021.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

SHOW CAUSE ORDER ~ 2