# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:20-CR-153-RMP-1 |
|---|---|
| Plaintiff, | |
| vs. | Writ of Habeas Corpus Ad Testificandum |
| MADDESYN DANIELLE GEORGE, | |
| Defendant. | |

TO:  Superintendent Jo Wofford and to any United States Marshal

GREETINGS

WE COMMAND you to deliver the body of Cara Ann Campbell now in your custody before the Honorable Rosanna Malouf Peterson, United States District Judge of the United States District Court, in the United States Courthouse, 920 West Riverside, Spokane, Washington, on November 17, 2021, at the hour 9:00 a.m., in order that the said witness in the above-entitled case may then and there be present for sentencing on November 17, 2021, at said time and place, and also at such other times as may be ordered by the said Court, and have you then and there this writ.

The delivery of the body of said witness Cara Ann Campbell, to the courtroom of said United States District Court, as aforesaid, and then return to you of said witness to your custody shall be deemed sufficient compliance with the writ.

///

///

Writ of Habeas Corpus Ad Testificandum - 1

1   WITNESS the Honorable Rosanna Malouf Peterson Judge of the United States
2   District Court for the Eastern District of Washington.
3   Dated: October 21, 2021.

Issued on
9:17 am, Oct 21, 2021

Clerk, United States District Court
Eastern District of Washington

By: _____
             Deputy Clerk

Writ of Habeas Corpus Ad Testificandum - 2