FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 26, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>   v.<br><br>MADDESYN DANIELLE GEORGE, also known as Martha Ruthless,<br><br>                   Defendant. | NO:  2:20-CR-153-RMP-1<br><br>ORDER SETTING RULE 412 HEARING<br><br>**\*\*U.S. MARSHAL ACTION REQUIRED\*\*** |

The Government has indicated that it intends to offer evidence pursuant to an exception provided in Fed. R. Evid. 412(b)(1)(B). *See* ECF No. 142 at 2–3. The Court may admit "evidence of specific instances of a victim's sexual behavior with respect to the person accused of sexual misconduct, if offered by the defendant to prove consent or if offered by the prosecutor[.]" Fed. R. Evid. 412(b)(1)(B). However, Rule 412 mandates that "[b]efore admitting evidence under this rule, the court must conduct an in camera hearing and give the victim and parties a right to attend and be heard." Fed. R. Evid. 412(c)(2).

ORDER SETTING RULE 412 HEARING ~ 1

The Government seeks to offer testimony from witness Cara Campbell at Defendant's sentencing with respect to alleged prior specific instances of Defendant's sexual behavior with decedent Christopher Graber.  The Court will hold a hearing to determine the admissibility of Ms. Campbell's testimony prior to the sentencing in this matter.

Accordingly, **IT IS HEREBY ORDERED**:

1. An in camera hearing shall take place on **November 16, 2021**, at **3:00 p.m.**  As contemplated by Fed. R. Evid. 412(c), the hearing will be closed to the public and **only the parties and witness Cara Campbell shall be in attendance**.

2. The Government may file any briefing in support of the admissibility of the evidence that they intend to offer through Fed. R. Evid. 412(b)(1)(B) by **November 3, 2021**.  Defendant may respond by **November 10, 2021**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order and provide copies to counsel and the U.S. Marshal.

**DATED** October 26, 2021.


_s/ Rosanna Malouf Peterson_
ROSANNA MALOUF PETERSON
United States District Judge